AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

STUDENTS FOR FAIR ADMISSIONS

*Plaintiff(s)*

v.

THE UNITED STATES AIR FORCE ACADEMY, et al.

*Defendant(s)*

Civil Action No. 24-cv-3430-REB-NRN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (See attached addendum for all defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas R. McCarthy
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/11/2024

/s/ A.G. Ryan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

THE UNITED STATES AIR FORCE ACADEMY,
THE UNITED STATES DEPARTMENT OF DEFENSE,
LLOYD AUSTIN, in his official capacity as Secretary of Defense,
FRANK KENDALL III, in his official capacity as Secretary of the Air Force,
LIEUTENANT GENERAL TONY D. BAUERNFEIND, in his official capacity as Superintendent of the United States Air Force Academy, and
COLONEL CANDACE PIPES, in her official capacity as Director of Admissions for the United States Air Force Academy,

    Defendants.

## ADDENDUM TO SUMMONS

**TO:**

United States Air Force Academy
2304 Cadet Drive
U.S. Air Force Academy, CO 80840

United States Department of Defense
1400 Defense Pentagon
Washington, DC 20301

Lloyd J. Austin III
Secretary of Defense
United States Department of Defense
1400 Defense Pentagon
Washington, DC 20301

Frank Kendall III
Secretary of the Air Force
Attn: U.S. Air Force Civil Law and Litigation Directorate
1420 Air Force Pentagon
Washington, DC 20330

Lieutenant General Tony D. Bauernfeind
Superintendent, U.S. Air Force Academy
2304 Cadet Drive
U.S. Air Force Academy, CO 80840

Colonel Candace Pipes
Director of Admissions, U.S. Air Force Academy
2304 Cadet Drive, Suite 2400
U.S. Air Force Academy, CO 80840