# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03430

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

UNITED STATES AIR FORCE ACADEMY, et al.,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Students for Fair Admissions</u>

    DATED at Denver, Colorado this 15th day of December, 2024.

<u>James F. Hasson</u>
Name of Attorney

<u>Consovoy McCarthy PLLC</u>
Firm Name
<u>1600 Wilson Blvd., Ste. 700</u>
Office Address
<u>Arlington, VA 22209</u>
City, State, ZIP Code
<u>(703) 243-9423</u>
Telephone Number
<u>james@consovoymccarthy.com</u>
Primary CM/ECF E-mail Address

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users.

*s/ James F. Hasson*