**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03430

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

THE UNITED STATES AIR FORCE ACADEMY, et al.,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Students for Fair Admissions</u>

    DATED at Denver, Colorado this 30th day of December, 2024.

    *s/ Cameron T. Norris*

    Cameron T. Norris
    Consovoy McCarthy PLLC
    1600 Wilson Blvd., Ste. 700
    Arlington, VA 22209
    703-243-9423
    cam@consovoymccarthy.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users.

<em>s/ Cameron T. Norris</em>