IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03430

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

UNITED STATES AIR FORCE ACADEMY, et al.,

    Defendants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO SUBMIT PROPOSED SCHEDULING ORDER**

---

Pursuant to Local Rule 6.1, Defendants move to extend the parties' deadline to submit their proposed scheduling order by 60 days, from February 5, 2025 to April 7, 2025. Defendants have conferred with Plaintiff, who does not oppose this motion. In support of this motion, Defendants state as follows:

1. On December 10, 2024, Plaintiff filed the complaint in this action, challenging the U.S. Air Force Academy's consideration of race as a factor in admissions. *See* ECF No. 1.

2. On December 11, 2024, the Court entered an order setting initial case deadlines, including a deadline of February 5, 2025 for the parties to submit a proposed scheduling order. ECF No. 6. The Court also set a pre-scheduling conference for January 13, but later vacated that conference. *See* ECF Nos. 7, 14.

3. Defendants were only recently served with a copy of the summons and complaint on January 15, 2025. Defendants' deadline to answer or otherwise respond to the complaint is March 17, 2025. *See* Fed. R. Civ. P. 12(a)(2).

4. The parties have conferred and agree that they would benefit from additional time to confer on the matters listed in the Court's form scheduling order. The additional time will also allow the new Administration to assess this case.

5. Accordingly, Defendants request a 60-day extension of time for the parties to submit their proposed scheduling order, from February 5, 2025 to April 7, 2025. This is the first request for an extension in this case. Plaintiff does not oppose this request.

Dated: January 17, 2025                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
  (FL Bar No. 302820)
Special Counsel

/s/ John Robinson
JOHN ROBINSON
  (DC Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8489
Email: john.j.robinson@usdoj.gov

*Counsel for Defendants*

2