IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03430

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

UNITED STATES AIR FORCE ACADEMY, et al.,

    Defendants.

---

**CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE
TO RESPOND TO COMPLAINT AND TO SUBMIT PROPOSED
SCHEDULING ORDER**

---

Pursuant to Local Rule 6.1, Defendants move to extend their deadline to respond to Plaintiff's complaint by 30 days, from March 17, 2025 to April 16, 2025. Defendants also move to extend the parties' deadline to submit their proposed scheduling order by 30 days, from April 7, 2025 to May 7, 2025. Defendants have conferred with Plaintiff, who does not oppose this motion. In support of this motion, Defendants state as follows:

    1.    On December 10, 2024, Plaintiff filed the complaint in this action, challenging the U.S. Air Force Academy's consideration of race as a factor in admissions. *See* ECF No. 1. Defendants were served with a copy of the summons and complaint on January 15, 2025. Defendants' current deadline to answer or otherwise respond to the complaint is March 17, 2025. *See* Fed. R. Civ. P. 12(a)(2).

2. After Plaintiff filed its complaint, President Donald J. Trump assumed office on January 20, 2025. President Trump and the Department of Defense (DoD) have since issued several Executive Orders (EOs) and policy memoranda that bear upon the subject matter of this litigation.

3. On January 21, 2025, President Trump issued EO 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, 90 Fed. Reg. 8633 (Jan. 21, 2025). Declaring that it "is the policy of the United States to protect the civil rights of all Americans and to promote individual initiative, excellence, and hard work," EO 14173 "order[s] all executive departments and agencies . . . to terminate all discriminatory and illegal preferences, mandates, policies, programs, activities, guidance, regulations, enforcement actions, consent orders, and requirements." *Id.* § 2.

4. On January 27, 2025, President Trump issued EO 14185, Restoring America's Fighting Force, 90 Fed. Reg. 8763 (Jan. 27, 2025), which announces that it is "the policy of [this] Administration that the Department of Defense, the Department of Homeland Security with regard to the United States Coast Guard (USCG), and every element of the Armed Forces should operate free from any preference based on race or sex." Id. § 2. EO 14185 further directs the Secretary of Defense to "conduct an internal review" with respect to all "activities designed to promote a race- or sex-based preferences system," id. § 5, as well as a review of "the leadership, curriculum, and instructors of the United States Service Academies," id. § 6(c).

5.  On January 29, 2025, and in furtherance of EO 14185, Secretary of Defense Peter B. Hegseth issued a memorandum prohibiting any DoD component from, among other things, "establish[ing] sex-based, race-based, or ethnicity-based goals for organizational composition, *academic admission*, or career fields." Peter B. Hegseth, *Memorandum for Senior Pentagon Leadership, Commanders of the Combatant Commands, Defense Agency and DOD Field Activity Directors re: Restoring America's Fighting Force* (Jan. 29, 2025) (emphasis added).[1]

6.  The Air Force Academy is both a "United States Service Academ[y]" and a DOD component within the meaning of the foregoing directives. The Air Force Academy is working to implement those directives in the context of its admissions policies.

7.  In light of the foregoing developments, the parties have begun to engage in discussions about the most efficient way to proceed or potentially resolve this case. Accordingly, Defendants seek a 30-day extension of time to respond to Plaintiff's complaint and to submit a proposed scheduling order. An extension will conserve both judicial and party resources and will promote the efficient and orderly resolution of this case.

8.  This is the first request for an extension of Defendants' deadline to respond to the complaint. Defendants previously sought and received one extension of the parties' deadline to file a proposed scheduling order. Plaintiff does not oppose.

---

[1] Available at https://media.defense.gov/2025/Jan/29/2003634987/-1/-1/1/RESTORING-AMERICAS-FIGHTING-FORCE.PDF.

3

Dated: March 10, 2025  Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
 (FL Bar No. 302820)
Special Counsel

/s/ John Robinson
JOHN ROBINSON
 (DC Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8489
Email: john.j.robinson@usdoj.gov

*Counsel for Defendants*

4