**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03430

STUDENTS FOR FAIR ADMISSIONS,

     Plaintiff,

v.

UNITED STATES AIR FORCE ACADEMY, et al.,

     Defendants.

---

**JOINT STATUS REPORT**

---

Per this Court's April 14 order, the parties submit this joint status report. *See* Doc.25. (Though the report was due one business day ago, there has been significant turnover in counsel, and the parties inadvertently missed the deadline. The parties apologize for the oversight.)

The parties are engaged in productive, good-faith discussions and those discussions will continue. Should the parties reach an agreement or impasse, they will promptly inform the Court.

Dated: June 16, 2025                          Respectfully submitted,

 *s/ Charles E.T. Roberts*                           *s/ Cameron T. Norris*

Charles E.T. Roberts                          Thomas R. McCarthy
U.S. Department of Justice                    J. Michael Connolly
950 Pennsylvania Avenue NW                    Cameron T. Norris
Washington, DC 20530                          James F. Hasson
202-305-1141                                  CONSOVOY MCCARTHY PLLC
charles.roberts2@usdoj.gov                    1600 Wilson Boulevard, Suite 700
                                              Arlington, VA 22209
                                              (703) 243-9423
                                              tom@consovoymccarthy.com


*Counsel for Defendants*                       *Counsel for Plaintiff*