IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-3430

STUDENTS FOR FAIR ADMISSIONS,

    Plaintiff,

v.

UNITED STATES AIR FORCE ACADEMY, et al.,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

The parties have settled. Per Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this case with prejudice. Each side will bear its own fees and costs.

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| |   *s/ Cameron T. Norris* |
| | Thomas R. McCarthy<br>J. Michael Connolly<br>Cameron T. Norris<br>James F. Hasson<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |
| | *Counsel for Plaintiff* |